IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                              No. 4:13CR00218 SWW

DWATNEY NOID

### FINAL ORDER OF FORFEITURE

On October 23, 2014, the Court entered a Preliminary Order of Forfeiture (Dkt. 35), ordering Dwatney Noid ("Defendant") to forfeit his interest in one Glock 22, .40-caliber semi-automatic handgun, serial number LDU271. ("forfeited property"). The Order provided that it would become final as to Defendant at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Defendant, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

IT IS SO ORDERED THIS 29th DAY OF JANUARY, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE